UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JAMES OCAMPO,

    Petitioner,

                                              CASE NO. 2:19-CV-11322
v.                                          HONORABLE NANCY G. EDMUNDS

J. A. TERRIS,

    Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO DISMISS,
DENYING HIS MOTION FOR A CHANGE OF VENUE,
AND DISMISSING WITHOUT PREJUDICE THE HABEAS PETITION**

Petitioner Robert James Ocampo, a federal inmate, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his federal sentencing enhancement under the Armed Career Criminal Act ("ACCA") based upon the decisions in *Mathis v. United States*, _ U.S. _, 136 S. Ct. 2243 (2016), and *United States v. Ritchey*, 840 F.3d 310 (6th Cir. 2016). This matter is before the Court on Petitioner's motion to dismiss without prejudice his habeas petition, as well as his previously-filed motion for a change of venue. Having reviewed the matter, the Court finds that Petitioner should be allowed to voluntarily dismiss his habeas petition without prejudice. Accordingly, the Court **GRANTS** Petitioner's motion to dismiss and **DISMISSES WITHOUT PREJUDICE** his habeas petition. Given this determination, the Court **DENIES** Petitioner's motion for change of venue as unnecessary and moot.

    **IT IS SO ORDERED**.

                                                                 s/ Nancy G. Edmunds
                                                                 NANCY G. EDMUNDS
                                                                 UNITED STATES DISTRICT JUDGE
Dated: September 25, 2019